# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES FALLS,<br><br>                Plaintiff,<br><br>v.<br><br>SOULBOUND STUDIOS, LLC, *et al.*,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-0922-JCC-TLF |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is ADOPTED and APPROVED. Defendant's motion to dismiss Plaintiff's amended complaint is GRANTED. This case is DISMISSED with prejudice.

DATED this 3rd day of October 2022.

                                                Ravi Subramanian<br>
                                                Clerk of Court

                                                s/Sandra Rawski<br>
                                                Deputy Clerk