|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 27 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JAMES FALLS, individually and on behalf of other persons similarly situated,

        Plaintiff-Appellant,

 v.

SOULBOUND STUDIOS, LLC,

        Defendant-Appellee,

 and

SOULBOUND STUDIOS USA; et al.,

        Defendants.

No.   22-35863

D.C. No. 2:21-cv-00922-JCC
Western District of Washington, Seattle

ORDER

Before:  WARDLAW and M. SMITH, Circuit Judges, and HINKLE,[*] District Judge.

    The parties shall prepare to discuss the following at oral argument: (1) whether Falls has satisfied the diversity of citizenship, in light of the fact that Soulbound Studios is a limited liability company, and the amount-in-controversy requirements of 28 U.S.C. § 1332(a)(1); and (2) whether Falls's failure to allege jurisdiction pursuant to 28 U.S.C. § 1332(d)(2) in his complaint precludes him from establishing jurisdiction pursuant to that provision on appeal.

**IT IS SO ORDERED.**

---

    [*] The Honorable Robert L. Hinkle, United States District Judge for the Northern District of Florida, sitting by designation.