UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES FALLS, individually and on behalf of other persons similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SOULBOUND STUDIOS, LLC,<br><br>        Defendant - Appellee,<br><br> and<br><br>SOULBOUND STUDIOS USA; et al.,<br><br>        Defendants. | No. 22-35863<br><br>D.C. No. 2:21-cv-00922-JCC<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered October 26, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                  CLERK OF COURT